UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | CASE NO. 20-11793 |
| ALEXANDER P.T. HOOKER ) | Chapter 7 |
| MARA K. HOOKER ) | |
|     Debtors ) | |
| YVETTE GAFF KLEVEN, ) | |
| TRUSTEE, ) | |
|     Plaintiff, ) | Adv. Pro. No. _____ |
| ) | |
| v. ) | |
| ) | |
| WESTERN & SOUTHERN LIFE INSURANCE, ) | |
|     Defendant. ) | |

**COMPLAINT**

Comes now, Yvette Gaff Kleven, Trustee for the bankruptcy estate of Alexander P.T. Hooker, Plaintiff, by counsel, and files her Complaint against Western & Southern Life Insurance, Defendant, and alleges and states as follows:

### I. Jurisdiction

1. Alexander P.T. Hooker ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on December 18, 2020.

2. Yvette Gaff Kleven was appointed Chapter 7 Trustee.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 157(a) as this is a matter that arises in a proceeding under Title 11 and is related to the pending Title 11 case.

4. This matter is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (E).

5. Venue over this Adversary Proceeding is properly laid in this District and this Division pursuant to 28 U.S.C. §1409.

1

6. This matter has been properly brought before this Court as an Adversary Proceeding pursuant to Bankruptcy Rule 7001.

7. This Adversary Proceeding relates to the main case of <u>Alexander P.T. Hooker and Mara K. Hooker, Debtors, Case Number 20-11793</u> (Chapter 7), in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division.

## II.  Parties

8. Debtor filed a Petition for relief under Chapter 7 of the United States Bankruptcy Code on December 18, 2020.

9. Plaintiff, Yvette Gaff Kleven, is the duly appointed Chapter 7 Trustee in the case of <u>Alexander P.T. Hooker and Mara K. Hooker, Debtors, Case Number 20-11793</u> (Chapter 7).

10. Western & Southern Life Insurance is the custodian of property belonging to the bankruptcy estate.

## III.  Causes of Action

### Count I

For her cause of action the Trustee alleges and says:

11. Debtor, Alexander P.T. Hooker, filed for relief under Chapter 7 of the United States Bankruptcy Code on December 18, 2020.

12. The Debtor listed as an asset on Schedule B a life insurance policy with Western & Southern Life Insurance (Western & Southern Life) in which Mara Sievers was listed as the beneficiary with a cash surrender value of $3,119.28.

13. The Debtor claimed the life insurance policy as exempt pursuant to I.C. § 27-1-12-14 and 27-2-5-1(c).

14. On February 1, 2021, the Trustee filed an Objection to the Debtor's claimed exemption of all life insurance policies listed on Schedule B.

15. On February 23, 2021, the Court issued an Order sustaining the Trustee's Objection and denying the Debtor's exemption for a Western & Southern Life insurance policy scheduled with Mara Sievers as the beneficiary (valued at $3,119.28).

16. On February 25, 2021, the Trustee made a demand upon Western & Southern Life to surrender to the bankruptcy estate the cash value in Alexander P.T. Hooker's life insurance policy #0044964825.

17. The Trustee repeated that request in letters dated March 26, 2021 and May 20, 2021.

18. To date, no monies have been paid into Alexander P.T. Hooker's bankruptcy estate by Western & Southern Life.

19. Pursuant to 11 U.S.C. § 543, Western & Southern Life is a custodian of property belonging to the Debtor which must be turned over to the bankruptcy estate.

WHEREFORE, the Trustee, Yvette Gaff Kleven, Plaintiff, by counsel, prays that the Court enter judgment against Western & Southern Life, directing Western & Southern Life to turnover to the bankruptcy estate the cash value in policy #0044964825, plus the costs associated to bring this action, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ Douglas R. Adelsperger
Douglas R. Adelsperger, #14174-21
Attorney for Plaintiff
111 West Wayne Street
Fort Wayne, Indiana  46802
Telephone:  (260)407-7077
dra@adelspergerkleven.com