UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) CASE NO. 20-11793 |
| ALEXANDER P.T. HOOKER | ) Chapter 7 |
| MARA K. HOOKER | ) |
| Debtors | ) |
| | ) |
| YVETTE GAFF KLEVEN, TRUSTEE, | ) |
| Plaintiff, | ) Adv. Pro. No. 21-01025 |
| | ) |
| v. | ) |
| | ) |
| WESTERN & SOUTHERN LIFE INSURANCE, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jenn S. Smith, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 10, 2021 by:

☐ Transmitted via the Bankruptcy Court's ECF System to:
United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Alexander P.T. Hooker, 3821 Willshire Ct., Fort Wayne, IN 46815
Mara K Hooker, 3821 Willshire Ct., Fort Wayne, IN 46815
Jeffrey S. Arnold, Attorney at Law, 209 W. Van Buren Street, Columbia City, IN 46725

☐ Certified Mail: addressed to:
Western & Southern Life Insurance, Highest Ranking Officer, 400 Broadway, Cincinnati, OH 45202-3341

Under penalty of perjury, I declare that the foregoing is true and correct.

6/10/21                                     Jenn S. Smith
Date                                        Signature

Print Name
Jenn S. Smith
Business Address
111 West Wayne Street
City            State       Zip
Fort Wayne      IN          46802

## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Alexander P.T. Hooker and Mara K Hooker )
Debtor )
)
)Case No.: 20-11793-reg
)Chapter 7
)
Yvette Kleven )
Plaintiff(s) )
)
)
v. )
)
)
Western & Southern Life Insurance )
Defendant(s) )
)
)
)
)
) Adv. Proc. No. 21-01025-reg

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

> Clerk, U.S. Bankruptcy Court
> Federal Building, Room 1188
> 1300 South Harrison Street
> Fort Wayne, Indiana 46802

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Douglas R. Adelsperger
> Adelsperger & Kleven, LLP
> 111 West Wayne Street
> Fort Wayne, IN 46802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date of issuance:
June 10, 2021 .

/s/ Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court

Document No. 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | CASE NO. 20-11793 |
| ALEXANDER P.T. HOOKER ) | Chapter 7 |
| MARA K. HOOKER ) | |
|     Debtors ) | |
| _____) | |
| YVETTE GAFF KLEVEN, ) | |
| TRUSTEE, ) | |
|     Plaintiff, ) | Adv. Pro. No. _____ |
| ) | |
| v. ) | |
| ) | |
| WESTERN & SOUTHERN LIFE INSURANCE, ) | |
|     Defendant. ) | |

## COMPLAINT

Comes now, Yvette Gaff Kleven, Trustee for the bankruptcy estate of Alexander P.T. Hooker, Plaintiff, by counsel, and files her Complaint against Western & Southern Life Insurance, Defendant, and alleges and states as follows:

### I. Jurisdiction

1. Alexander P.T. Hooker ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on December 18, 2020.

2. Yvette Gaff Kleven was appointed Chapter 7 Trustee.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 157(a) as this is a matter that arises in a proceeding under Title 11 and is related to the pending Title 11 case.

4. This matter is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (E).

5. Venue over this Adversary Proceeding is properly laid in this District and this Division pursuant to 28 U.S.C. §1409.

1

6. This matter has been properly brought before this Court as an Adversary Proceeding pursuant to Bankruptcy Rule 7001.

7. This Adversary Proceeding relates to the main case of <u>Alexander P.T. Hooker and Mara K. Hooker, Debtors, Case Number 20-11793</u> (Chapter 7), in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division.

## II.  Parties

8. Debtor filed a Petition for relief under Chapter 7 of the United States Bankruptcy Code on December 18, 2020.

9. Plaintiff, Yvette Gaff Kleven, is the duly appointed Chapter 7 Trustee in the case of <u>Alexander P.T. Hooker and Mara K. Hooker, Debtors, Case Number 20-11793</u> (Chapter 7).

10. Western & Southern Life Insurance is the custodian of property belonging to the bankruptcy estate.

## III.  Causes of Action

### Count I

For her cause of action the Trustee alleges and says:

11. Debtor, Alexander P.T. Hooker, filed for relief under Chapter 7 of the United States Bankruptcy Code on December 18, 2020.

12. The Debtor listed as an asset on Schedule B a life insurance policy with Western & Southern Life Insurance (Western & Southern Life) in which Mara Sievers was listed as the beneficiary with a cash surrender value of $3,119.28.

13. The Debtor claimed the life insurance policy as exempt pursuant to I.C. § 27-1-12-14 and 27-2-5-1(c).

14. On February 1, 2021, the Trustee filed an Objection to the Debtor's claimed exemption of all life insurance policies listed on Schedule B.

15. On February 23, 2021, the Court issued an Order sustaining the Trustee's Objection and denying the Debtor's exemption for a Western & Southern Life insurance policy scheduled with Mara Sievers as the beneficiary (valued at $3,119.28).

16. On February 25, 2021, the Trustee made a demand upon Western & Southern Life to surrender to the bankruptcy estate the cash value in Alexander P.T. Hooker's life insurance policy #0044964825.

17. The Trustee repeated that request in letters dated March 26, 2021 and May 20, 2021.

18. To date, no monies have been paid into Alexander P.T. Hooker's bankruptcy estate by Western & Southern Life.

19. Pursuant to 11 U.S.C. § 543, Western & Southern Life is a custodian of property belonging to the Debtor which must be turned over to the bankruptcy estate.

WHEREFORE, the Trustee, Yvette Gaff Kleven, Plaintiff, by counsel, prays that the Court enter judgment against Western & Southern Life, directing Western & Southern Life to turnover to the bankruptcy estate the cash value in policy #0044964825, plus the costs associated to bring this action, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ Douglas R. Adelsperger
Douglas R. Adelsperger, #14174-21
Attorney for Plaintiff
111 West Wayne Street
Fort Wayne, Indiana 46802
Telephone: (260)407-7077
dra@adelspergerkleven.com

3